## Commonwealth *v.* Chester, Appellant.

Argued April 10, 1967. *Thomas L. Snyder,* with him *James T. Collie, Jr.,* for appellant; *Edwin J. Martin,* Assistant District Attorney, with him *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.